AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ROBERT LEE BROWN,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:04-CV--00513-PMP-RAM**

CRAIG FARWELL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#20) the amended petition is GRANTED on the basis that petitioner's claims are procedurally barred from consideration by this Court. IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILIY.

  June 9, 2009          **LANCE S. WILSON**
                                                    Clerk

                                           /s/ D. R. Morgan
                                             Deputy Clerk